```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AARON WILLIAMS,                        :
                                       :
          Plaintiff,                   :   CIVIL ACTION
                                       :
    vs.                                :   No. 09-cv-0781
                                       :
GUARD BRYANT FIELDS, BARRY JONES,      :
SERGEANT COATES, GUARD HUGHES,         :
C/O LACKEY, LOUIS GIORLA,              :
PRISON HEALTH SERVICES, and            :
CITY OF PHILADELPHIA                   :
                                       :
          Defendants.                  :
```

## ORDER

AND NOW, this   27th   day of October, 2009, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 20), Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Doc. No. 26), and Defendant's reply thereto (Doc. No. 29), for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion for Summary Judgment is GRANTED.

                              BY THIS COURT:


                              s/J. Curtis Joyner
                              J. Curtis Joyner, J.